IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. |
| | : | |
| v. | : | (Viol: 18 U.S.C. § 371) |
| | : | |
| CHRISTOPHER A. HAUPT | : | (Judge         ) |

# I N F O R M A T I O N

**THE UNITED STATES ATTORNEY CHARGES:**

### A. INTRODUCTION

At all times material to this Information:

1. An individual known to the Grand Jury was issued on February 24, 2005, a Federal license as a manufacturer of firearms other than destructive devices, said license number: 8-23-081-07-1C-01763.

2. This license also authorized that individual to engage in the business of dealing in firearms.

3. Christopher Haupt was employed by this licensed manufacturer of firearms.

4. Christopher Haupt had previously been convicted of felony offenses which prohibited him under Federal law from possessing firearms.

5. While employed by the licensed manufacturer of firearms Christopher Haupt possessed various firearms.

## COUNT ONE

### Conspiracy
### (18 U.S.C. § 371)

6. The allegations contained in the Introduction section of this Information are re-alleged and incorporated as though fully set forth herein.

7. From on or about January 1, 2006, and continuing thereafter until on or about June 24, 2009, in the Middle District of Pennsylvania, and elsewhere, and within the jurisdiction of this Court, the defendant

**CHRISTOPHER A. HAUPT**

knowingly and willfully conspired and agreed with an individual known to the Grand Jury to commit offenses against the United States, that is:

(a) to enable a convicted felon, that is the defendant, to possess in or affecting commerce firearms, and to receive firearms which had been shipped or transported in interstate or foreign commerce in violation of Title 18, U.S.C. § 922(g);

(b) to enable the defendant to possess a machine gun in violation of Title 18, U.S.C. § 922(o), and Title 26 U.S.C. § 5861(d); and

(c) to make material false statements and representations in business records of the licensed manufacturer, known to the Grand Jury, in violation of Title 18, U.S.C. § 1001.

## MANNER AND MEANS OF THE CONSPIRACY

It was part of the conspiracy that the individual known to the Grand Jury would allow and direct the Defendant, Christopher A. Haupt, to possess firearms and conduct transactions with firearms which were purchased and sold at gun shows and elsewhere.

It was further part of the conspiracy that the individual known to the Grand Jury provided his manufacturer's license to defendant Christopher A. Haupt, and directed Haupt to purchase firearms at an estate auction in Baileysville, Pennsylvania, on October 4, 2008.

It was further part of the conspiracy that the defendant, Christopher A. Haupt, purchased firearms at the estate auction in Baileysville, Pennsylvania, took possession of the firearms and returned them to the licensee.

It was further part of the conspiracy that the defendant, Christopher A. Haupt, and the individual known to the Grand Jury would complete paperwork, specifically ATF-Forms 4473, Firearms Transaction Records, showing that firearms were purchased by a known third person when in fact they knew that the defendant, Christopher A. Haupt, would possess the firearms.

It was further part of the conspiracy that the individual known to the Grand Jury would transfer to Defendant, Christopher A. Haupt, firearms without completing the necessary documentation to show the acquisition and/or disposition of the firearms.

3

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects of the conspiracy the following overt acts, among others, were committed by the defendant, or others known to the Grand Jury, in the Middle District of Pennsylvania and elsewhere:

1. Between approximately May 2008, and June 11, 2009, the exact date unknown, the individual known to the Grand Jury gave to Defendant Christopher A. Haupt, a machine gun not registered in the National Firearms Registration and Transfer Record, to wit, an IMI, UZI, Model B, 9mm machine gun, serial number SA51067, and silencer without a serial number, and instructed Defendant Christopher A. Haupt to sell the machine gun and silencer and give him $2,000 from the sale.

2. Between sometime in 2006, and June 9, 2009, the exact date unknown, the individual known to the Grand Jury gave to Defendant Christopher A. Haupt, a Ruger Model Mark II, .22 caliber pistol, serial number 225-78559 for $300 cash.

3. Between approximately December 18, 2007, and June 9, 2009, the exact date unknown, the individual known to the Grand Jury gave to Defendant Christopher A. Haupt, a Leinard Inc., Cobray M11, 9mm pistol, serial number 94-0001830.

4. Between approximately November 9, 2008, and July 7, 2009, the exact date unknown, the individual known to the Grand Jury gave to Defendant Christopher A. Haupt, a Romarm, Model GP WASR-10/63,

7.62 x 39 mm (AK-type semi automatic) rifle, serial number AC254480.

5. On or about October 4, 2008, the individual known to the Grand Jury gave Defendant Christopher A. Haupt, a copy of his Federal firearms license to enable Defendant Haupt to purchase firearms at an estate auction in Baileysville, Pennsylvania.

6. Between on or about October 4, 2008, and November 10, 2008, the exact dates unknown, Defendant Christopher A. Haupt gave to the individual known to the Grand Jury the following firearms which Defendant Haupt purchased at the direction of the individual known to the Grand Jury:

(a) Smith & Wesson, Model 629, .44 magnum revolver, serial number BFM2473;

(b) Smith & Wesson, Model 22A, .22 caliber revolver, serial number UAK7907;

(c) Colt, Model Officers 1911, .45 caliber pistol, serial number FA07596;

(d) Taurus, Model 44, .44 magnum revolver, serial number VG964134;

(e) Ruger, Model MKI, .22 caliber pistol, serial number 1497444;

(f) Ruger, Model GP100, .357 magnum revolver, serial number 17174367; and

(g) Savage, Model 502, .22 magnum pistol, serial number 951565.

7. Between on or about August 23, 2005, and June 24, 2009, the exact date unknown, the individual known to the Grand Jury gave to Defendant Christopher A. Haupt, a firearm, to wit, a Smith & Wesson, Model 10, .38 special caliber revolver, serial number 363112.

8. Between on or about June 25, 2006, and December 14, 2008, the exact dates unknown, Defendant Christopher A. Haupt purchased the following firearms from an individual known to the Grand Jury, by knowingly providing false information on ATF Forms 4473, Firearms Transaction Records, stating the firearms were purchased by a third person known to the Grand Jury when in fact Defendant Haupt and the licensee selling the firearms knew that Defendant Haupt would possess the firearms:

(a) Glock, Model 23, .40 caliber pistol, serial number G25454;

(b) Beretta, Model 84, .380 caliber pistol, serial number B20099Y; and

(c) Remington, Model 700VTR, .38 caliber rifle, serial number G6766858.

**All in violation of Title 18, United States Code, Section 371.**

*Peter J. Smith*
PETER J. SMITH /PJS
United States Attorney

Dated: April 1, 2014